**Opinion issued September 15, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00623-CV

———————————

**DAVID C. RUCH, GALVESTONVIEWS LLC, ENTRUST OF COLORADO, INC. D/B/A ENTRUST NEW DIRECTION IRA, INC. D/B/A END-IRA, INC. F/B/O DAVID C. RUCH, IRA, IDLE TIME INVESTMENTS, LLC, ROBERT F. ZANT, SUE F. ZANT, RUTHANN CASSIDY, MARI VAN DE VEN, HADFIELD COMMUNICATIONS, INC., MAUREEN ZAMBO, REED A. SKIRPAN, ROBERT C. CARLSON, LYNDA M. CARLSON, BARBARA SHERMAN, AND RICHARD SHERMAN, Appellants**

**V.**

**MARAVILLA OWNERS' ASSOCIATION, INC., JACQUE PASSINO, LYSSA M. GRAHAM REYNOLDS, CATHLEEN COMEAUX BACH, JOHN KUBIS, LLOYD RINDERER, LONE PINE PROPERTIES, LTD., AND GREEN LIGHT INVESTMENTS, LLC, Appellees**

On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 11-CV-0697

## MEMORANDUM OPINION

The parties have filed a "Joint Motion of Plaintiffs[1] and Settling Defendants[2] to Vacate and Remand Because of Settlement," in compliance with this Court's August 9, 2016 Order.[3] The Plaintiffs and Settling Defendants seek to set aside the parts of the trial court's judgment that pertain to them, without regard to the merits, and to remand the case to the trial court for rendition of judgment in accordance with their settlement agreement. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2), 42.1(a)(2)(B). The parties further request that we issue the mandate simultaneously with the judgment, and that we order that all costs be assessed against the party

---

[1]   The "Plaintiffs" refer to the following parties: David C. Ruch, Galvestonviews LLC, Entrust of Colorado, Inc. d/b/a Entrust New Direction Ira, Inc. d/b/a End-Ira, Inc. f/b/o David C. Ruch, IRA, Idle Time Investments, LLC, Robert F. Zant, Sue F. Zant, Ruthann Cassidy, Mari van de Ven, Hadfield Communications, Inc., Maureen Zambo, Reed A. Skirpan, Robert C. Carlson, Lynda M. Carlson, Barbara Sherman, and Richard Sherman ("Plaintiffs").

[2]   The "Settling Defendants" refer to the following parties: Maravilla Owners' Association, Inc., Jacque Passino, Lyssa M. Graham Reynolds, Cathleen Comeaux Bach, John Kubis, Lloyd Rinderer, Lone Pine Properties, Ltd., and Green Light Investments, LLC ("Settling Defendants").

[3]   On August 9, 2016, this Court had ordered the parties to, among other things, file this motion to set aside the trial court's judgment within twenty days of that order. Also on August 9, 2016, this Court's Memorandum Order, issued in the original appellate cause number 01-15-01081-CV, had granted the parties' joint motion to sever this new case from the original case. The Plaintiffs' claims, and those of appellants Ahmed and Sharon Ghalamdanchi, remain pending against the non-settling defendants Ted W. Allen & Associates, Inc., William Etheredge, III, individually and d/b/a Etheredge Real Estate & Property Management and d/b/a Etheredge Real Estate in 01-15-01081-CV.

incurring the same. *See id.* 18.1(c), 42.1(a)(1), (d). No opinion has issued in this case. *See id.* 42.1(c).

Accordingly, we grant the joint motion and set aside the parts of the trial court's judgment that pertain to the Plaintiffs and Settling Defendants, without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the agreement of the Plaintiffs and Settling Defendants. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d). We also grant the motion to expedite the mandate and direct the Clerk of this Court to issue the mandate simultaneously with the judgment, and order that all costs are to be taxed against the party who incurred the same. *See id.* 18.1(c), 42.1(d). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.